Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

JS  6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLDWATER CREEK, INC., an Idaho corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  2:13-cv-06038-DSF(Ex)<br>*Hon. Dale S. Fischer*<br><br>**[PROPOSED] ORDER IN CONNECTION WITH STIPULATION TO DISMISS ACTION** |

///
///
///

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

THIS ACTION IS DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: __12/19/12__          By: _/s/ Dale S. Fischer_____
                                  HONORABLE DALE S. FISCHER

[PROPOSED] ORDER IN CONNECTION WITH STIPULATION TO DISMISS ACTION